## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-02003-FMC-JCx | Date | September 3, 2009 |
|---|---|---|---|
| Title | Jaime Toxqui v. Countrywide Home Loans Inc et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|

| Alicia Mamer | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER DISMISSING CASE WITH PREJUDICE  (In Chambers)

On July 28, 2009, the Court entered an Order on Defendant's Motion to Dismiss, granting the Motion without Prejudice and giving plaintiff 30 days within which to file an Amended Complaint. Plaintiff was warned that failing to time file an amended complaint would result in dismissal with prejudice.

No Amended Complaint having been filed by plaintiff, this action is hereby DISMISSED WITH PREJUDICE.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |